# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2014____

*The Court of Appeals hereby passes the following order:*

**A14A0781.  WRIGHT v. THE STATE.**

In Case No. A14A0781, Wright appealed pro se from the trial court's denial of his motion to recuse.  In a separate appeal in Case No. A14A0782, Wright appealed pro se from the trial court's denial of his motion for an appeal bond.  Wright has filed a pro se motion in which he "moves this Honorable Court to dismiss the Appeal of the Motion to Recuse that was denied," but which mistakenly refers to Case No. A14A0782.  Because the substance of the motion clearly shows that Wright seeks permission to withdraw his appeal from the denial of the motion to recuse, the motion is GRANTED to withdraw the appeal in Case No. A14A0781.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/23/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*